EDWARD J. BULLWINKEL, Respondent, *v.* FRANK M. FIROR, Appellant.

(Argued October 9, 1928; decided October 23, 1928.)

*Charles H. Kelby* for appellant.

*Frederick W. Park* and *Howard Macy Park* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not voting: LEHMAN, J.